UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FEN Z. CHEN, JIN L. DONG, DE Q. LIAN,
DIAN LIN, GONG Y. WANG, ZHU K.
YONG, JI D. YOU, and CONG D. ZHENG,

          Plaintiffs,

- against -

THE REPUBLIC RESTAURANT CORP.,
REPUBLIC GC, LLC, ME'KONG DELTA,
INC., HUY CHI LE, JANE DOE, and JOHN
DOE,,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07-Civ.-3307 (MGC)

<u>AFFIDAVIT OF SERVICE</u>

ECF CASE

STATE OF NEW YORK    )
                                : ss
COUNTY OF NEW YORK  )

      DONOVAN ANDERSON, being duly sworn, deposes and says:

      That I am over the age of 18 years, am not a party to this action and am employed by Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017; and that on April 25, 2007 at approximately 4:00 P.M. at 37 Union Square West New York NY 10003, I served the Summons and Complaint, Civil Cover Sheet, Individual Practices of Magistrate Judge Ronald L. Ellis and Individual Practices of Judge Miriam Goldman Cedarbaum, by hand upon REPUBLIC RESTAURANT CORP., REPUBLIC GC, LLC, ME'KONG DELTA, INC., HUY CHI LE, JANE DOE, and

JOHN DOE, by delivering a true copy of each to Davina Mazzuckis, Manager, who identified herself, to me, to be the person authorized to accept service of the Summons and Complaint, Civil Cover Sheet, Individual Practices of Magistrate Judge Ronald L. Ellis and Individual Practices of Judge Miriam Goldman Cedarbaum on behalf of REPUBLIC RESTAURANT CORP., REPUBLIC GC, LLC, ME'KONG DELTA, INC., HUY CHI LE, JANE DOE, and JOHN DOE; and that said individual was a white female, approximately 25 years of age, 5 feet 4 inches tall, approximately 115 lbs., with brownish blonde hair.

DONOVAN ANDERSON

Sworn to before me this
26th day of April, 2007.

Notary Public

CHARMAINE S. CLARKE
Notary Public, State of New York
No. 01BA6033297
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires November 15, 2009