UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FEN Z. CHEN, JIN L. DONG, DE Q. LIAN,
DIAN LIN, GONG Y. WANG, ZHU K.
YONG, JI D. YOU, and CONG D. ZHENG,

          Plaintiffs,

    - against -

THE REPUBLIC RESTAURANT CORP.,
REPUBLIC GC, LLC, ME'KONG DELTA,
INC., HUY CHI LE, JANE DOE, and JOHN
DOE,,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 CV 3307 (MGC)

AFFIDAVIT OF SERVICE

ECF CASE

STATE OF NEW YORK  )
                      : ss
COUNTY OF NEW YORK  )

    Elena Tsaneva, being duly sworn, deposes and says:

    I am over the age of 18 years, am not a party to this action and am employed by Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017; and that on April 26, 2007 I served the foregoing (1) Summons in a Civil Case, (2) Complaint, (3) Civil Cover Sheet, (4) Individual Practices of Judge Miriam Goldman Cedarbaum, and (5) Individual Practices of Magistrate Judge Ronald L. Ellis upon Defendant Huy Chi Le, by enclosing a true copy of same in a post-paid, properly addressed wrapper, bearing the legend "personal and confidential," and placing it in an

official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Elena Tsaneva

Sworn to before me this
26th day of April, 2007

_____
Notary Public

DONOVAN A. ANDERSON
NOTARY PUBLIC, State of New York
No. 01AN4977420
Qualified in Kings County
Certificated Filed in New York County
Commission Expires Feb. 4, 20 11