UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FEN Z. CHEN, JIN L. DONG, DE Q. LIAN, DIAN LIN,
GONG Y. WANG, ZHU K. YONG, JIN D. YOU, and
CONG D. ZHENG,

                             Plaintiffs,

                - against -

REPUBLIC RESTAURANT CORP., REPUBLIC GC,
LLC, ME'KONG DELTA, INC., HUY CHI LE, LINH
HUE LE, and LIANG JIN LIN,

                             Defendants.

------------------------------------------------------------x

07CV03307

**SUMMONS IN A CIVIL CASE**

TO:   SEE ATTACHED LIST

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

Kenneth Kimerling
Asian American Legal Defense and Education Fund
99 Hudson Street
New York, New York 10013

an answer to the amended complaint which is herewith served upon you, within Ten (10) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                         MAY 16 2007

_____              _____
CLERK                                                                    DATE

_____/s/_____
(BY) DEPUTY CLERK

SERVICE LIST

Republic Restaurant Corp.
37A Union Square West
New York, NY 10003

Republic GC, LLC
37A Union Square West
New York, NY 10003

Me'Kong Delta, Inc.
37 Union Square West
New York, NY 10003

Huy Chi Le
145 Tehama Street
Brooklyn, NY 11218

Linh Hue Le
37A Union Square West
New York, NY 10003

Liang Jin Lin
37A Union Square West
New York, NY 10003

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FEN Z. CHEN, JIN L. DONG, DE Q. LIAN,
DIAN LIN, GONG Y. WANG, ZHU K. YONG,
JIN D. YOU, and CONG D. ZHENG,

          Plaintiffs,

  - against -                                    07 Civ. 03307

REPUBLIC RESTAURANT CORP., REPUBLIC       AFFIDAVIT OF SERVICE
GC, LLC, ME'KONG DELTA, INC., HUY CHI
LE, LINH HUE LE, and LIANG JIN LIN,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK    )
                                : ss
COUNTY OF NEW YORK  )

CHARMAINE S. CLARKE, being duly sworn, deposes and says:

I am over the age of 18 years, am not a party to this action and am employed by Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 and that on May 16, 2007, I served the foregoing two copies of the Summons and three copies of the Amended Complaint upon Joel E. Cohen, McDermott Will & Emery by delivering a true copy of same by hand to Robert J. Candella, Managing Clerk, McDermott Will & Emery, attorneys for Defendants.

                                                                        Charmaine S. Clarke

Sworn to before me this
17th day of May, 2007

Notary Public

MELISSA GANGADIN
Notary Public, State of New York
NO. 01GA6104437
Qualified in Queens County
Commission Expires Jan. 20, 2008