ORIGINAL

RECEIVED MAY 1 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 2 1 2007

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
FEN Z. CHEN, JIN L. DONG, DE Q. LIAN, :
DIAN LIN, GONG Y. WANG, ZHU K.
YONG, JI D. YOU and CONG D. ZHENG :

       Plaintiffs, :   07CV3307 (LTS)

  -against- :   **STIPULATION EXTENDING TIME**
                                                           **TO RESPOND TO COMPLAINT**
REPUBLIC RESTAURANT CORP., :
REPUBLIC GC, LLC, ME'KONG DELTA,    **ECF CASE**
INC., HUY CHI LE, JANE DOE and JOHN
DOE,

       Defendants.
------------------------------------- x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that the time for Defendants Republic Restaurant Corp., Republic GC, LLC, Me'kong Delta, Inc., Huy Chi Le, Jane Doe And John Doe, to appear and answer, move or otherwise respond to the complaint and/or amended complaint in this action, be and the same hereby is extended to and including the 5th day of June, 2007. Defendants waive the affirmative defense of lack of jurisdiction and service of process.

Dated: New York
      May 14, 2007

DAVIS POLK & WARDWELL

By: _____
   Jonathan L. Adler (JA 7424)
450 Lexington Avenue
New York, New York 10017
212.450.4190

Kenneth Kimerling (KL 5762)
ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND
99 Hudson Street
New York, New York 10013
212.966.5932

*Attorneys for Plaintiffs*

McDERMOTT, WILL & EMERY LLP

By: _____
   Joel Cohen (JC 5312)
   Leslie J. New (LN 4522)

340 Madison Avenue
New York, New York 10173
212.547.5400

*Attorneys for Defendants*

So Ordered: _____ 5/18/2007
              Honorable Laura Taylor Swain, U.S.D.J.