UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
FEN Z. CHEN, JIN L. DONG, DE Q. LIAN, :
DIAN LIN, GONG Y. WANG, ZHU K.
YONG, JIN D. YOU and CONG D. ZHENG :

      Plaintiffs, :
                               07CV03307 (LTS)(RLE)
  -against- :
                               **STATEMENT PURSUANT**
REPUBLIC RESTAURANT CORP., : **TO FEDERAL RULE 7.1**
REPUBLIC GC, LLC, ME'KONG DELTA,
INC., HUY CHI LE, LINH HUE LE and
LIANG JIN LIN, :

      Defendants.
------------------------------------ x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendants, Republic Restaurant Corp., Republic GC, LLC and Me'Kong Delta, Inc., hereby certify that they do not have any corporate parents, subsidiaries or affiliates that are publicly traded.

Dated: June 5, 2007

                                                   McDERMOTT WILL & EMERY LLP

                                                   By:_____
                                                      Joel Cohen (JEC 5312)
                                                      Leslie J. New (LN 4522)

                                                     340 Madison Avenue
                                                     New York, New York 10173
                                                     212.547.5400

                                                     *Attorneys for Defendants*

NYK 1103778-1.079795.0011