## CERTIFICATE OF SERVICE

      Jonathan L. Adler, an attorney admitted to practice in this District, hereby certifies that on July 12, 2007, I caused a true and correct copy of the Initial Conference Order to be served by facsimile and U.S. Mail upon Leslie J. New, McDermott Will & Emery, 340 Madison Avenue, New York, NY, 10173, attorney for defendants Republic Restaurant Corp., Republic GC, LLC, Me'Kong Delta, Inc., Huy Chi Le, Linh Hue Le, and Liang Jin Lin.

Dated:   New York, New York
             July 12, 2007

                                                        Jonathan L. Adler