UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FEN Z. CHEN, JIN L. DONG, DE Q. LIAN, DIAN LIN, GONG Y. WANG, ZHU K. YONG, JIN D. YOU, and CONG D. ZHENG,

       Plaintiffs,

    - against -

REPUBLIC RESTAURANT CORP., REPUBLIC GC, LLC, ME'KONG DELTA, INC., HUY CHI LE, LINH HUE LE, and LIANG JIN LIN,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 07-CV-3307 (LTS)

NOTICE OF APPEARANCE

Electronically Filed

  PLEASE TAKE NOTICE that the undersigned hereby respectfully enters his appearance as attorney of record for Plaintiffs in the above-captioned proceeding and requests that all subsequent papers be served upon him at the address below.  I certify that I am admitted to practice in this Court.

Dated:  New York, New York
   August 22, 2007

            DAVIS POLK & WARDWELL

          By:  s/ William R. Miller
            William R. Miller (WM-9975)
            450 Lexington Avenue
            New York, NY 10017
            (212) 450-4815
            william.miller@dpw.com
            *Attorney for Plaintiffs*

| | |
|---|---|
| Filename: | notice appearance miller (6).doc |
| Directory: | C:\Documents and Settings\tsaneva\Cache\tsaneva\OLK5AE |
| Template: | F:\apps\word2002\Templates\Litigation\litigation.dot |
| Title: | [COURT] |
| Subject: | |
| Author: | vcolopri |
| Keywords: | |
| Comments: | |
| Creation Date: | 8/20/2007 9:41:00 PM |
| Change Number: | 6 |
| Last Saved On: | 8/20/2007 9:51:00 PM |
| Last Saved By: | wmiller |
| Total Editing Time: | 7 Minutes |
| Last Printed On: | 8/22/2007 11:55:00 AM |
| As of Last Complete Printing | |
|    Number of Pages: | 1 |
|    Number of Words: | 256 (approx.) |
|    Number of Characters: | 931 (approx.) |