UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

CHEN,

                Plaintiff(s),

-v-

REPUBLIC RESTAURANT,

                Defendant(s).
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 4 2007

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

07Civ. 3307 (LTS)(RLE)

LAURA TAYLOR SWAIN, District Judge

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

X___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_X__ Settlement* (Principals to participate as required by Magistrate Judge)

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____
    _____
    All such motions: ___

* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:    New York, New York
               August 23, 2007

Copies mailed Counsel
Chambers of Judge Swain 8/23/07

LAURA TAYLOR SWAIN
United States District Judge