USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEN Z. CHEN, ET AL.,

                Plaintiffs,

- against -

REPUBLIC RESTAURANT CORP., ET AL.,

                Defendants.

ORDER

07 Civ. 3307 (LTS) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a settlement conference with the Court on November 27, 2007, **IT IS HEREBY ORDERED THAT** the Parties appear before the Court for a status conference on **January 31, 2008**, at 10:00 a.m.

**SO ORDERED this 28th day of November 2007**
New York, New York

                                              The Honorable Ronald L. Ellis
                                              United States Magistrate Judge