UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- x

FEN Z. CHEN, JIN L. DONG, DE Q. LIAN, DIAN LIN,
GONG Y. WANG, ZHU K. YONG, JIN D. YOU, and
CONG D. ZHENG,

                       Plaintiffs,

             - against -

REPUBLIC RESTAURANT CORP., REPUBLIC GC,
LLC, ME'KONG DELTA, INC., HUY CHI LE, LINH
HUE LE, and LIANG JIN LIN,

                       Defendants.

------------------------------------------- x

No. 07-CV-3307 (LTS)

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby respectfully enters his appearance as an attorney of record for Plaintiffs in the above-captioned proceeding and requests that all subsequent papers be served upon him at the address below. I certify that I am admitted to practice in this Court.

Dated: New York, New York
         November 30, 2007

                                       DAVIS POLK & WARDWELL

                                       By:    s/ Matteo J. Rosselli
                                             Matteo J. Rosselli (MR-6422)
                                             450 Lexington Avenue
                                             New York, NY 10017
                                             (212) 450-4921
                                             matteo.rosselli@dpw.com
                                             *Attorney for Plaintiffs*