UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Chen etal

                      Plaintiffs

    -against-

Republic Restaurant etal.

                    Defendants
-----------------------------------------------------------x

07 CIVIL 03307 (LTS)(RLE)

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:  Leslie New

[x] *Attorney*

    [x]   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        LN 4522

    [ ]   I am a Pro Hac Vice attorney

    [ ]   I am a Government Agency attorney

[ ] *Law Firm/Government Agency Association*

    From: _____

    To: _____

    [ ]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ]   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[ ] *Address:* McDermott Will & Emery LLP
340 ~~Madison Avenue, New York, NY 10173~~

[ ] *Telephone Number:* 212 547-5621

[ ] *Fax Number:* 212 547-5444

[ ] *E-Mail Address:* lnew@mwe.com

Dated:  12/7/07