USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08



# DAVIS POLK & WARDWELL

450 LEXINGTON AVENUE  
NEW YORK, NY 10017  
212 450 4000  
FAX 212 450 3800

MENLO PARK  
WASHINGTON, D.C.  
LONDON  
PARIS  
FRANKFURT  
MADRID  
TOKYO  
BEIJING  
HONG KONG

WILLIAM MILLER  
212 450 4815  
WILLIAM.MILLER@DPW.COM

February 20, 2008

Re:   Fen Z. Chen, et al. v. Republic Restaurant Corp., et al. (07 CV 3307)

Honorable Ronald L. Ellis  
United States Magistrate Judge  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street, Room 1970  
New York, New York 10007

Dear Judge Ellis:

My firm, along with the Asian American Legal Defense and Education Fund ("AALDEF"), represents the plaintiffs in the above-referenced matter. We write jointly on behalf of our clients and defendants to respectfully request an adjournment of the settlement conference scheduled on April 3, 2008 at 2:00 P.M. due to a conflict in plaintiffs' schedule. Specifically, Kenneth Kimerling, co-counsel for plaintiffs, teaches a class at Fordham Law School at that time and would be unable to attend the conference. This is the third request for an adjournment of a conference with Your Honor by either party in this case. All three previous requests for adjournment were granted. Both parties are available for a settlement conference on dates between April 21 and April 23, May 8 and May 9, and between May 12 and May 16.

We thank the Court for its consideration of this matter.

Respectfully submitted,

William Miller

cc (by electronic delivery):   Leslie New, Esq.  
Kenneth Kimerling, Esq.

By Hand Delivery

Conference adjourned to May 8, 2008 at 10:00 a.m.

SO ORDERED  
2-22-08  
MAGISTRATE JUDGE RONALD L. ELLIS