

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FEN Z. CHEN, JIN L. DONG, DE Q. LIAN, DIAN LIN,
GONG Y. WANG, ZHU K. YONG, JIN D. YOU, and
CONG D. ZHENG,

                      Plaintiffs,

          - against -

REPUBLIC RESTAURANT CORP., REPUBLIC GC,
LLC, ME'KONG DELTA, INC., HUY CHI LE, LINH
HUE LE, and LIANG JIN LIN,

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 CV 3307 (LTS)(RLE)

**REVISED
SCHEDULING ORDER**

ECF CASE

This Revised Scheduling Order, which amends the Scheduling Order issued by Judge Swain on August 23, 2007, sets forth the following:

(1) All non-expert and expert witness discovery in this matter shall be completed by April 30, 2008

(2) All dispositive pre-trial motions shall be served and filed on or before May 30, 2008.

SO ORDERED;

Dated: New York, New York
March 14, 2008

_____
Ronald L. Ellis
United States Magistrate Judge