UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FEN Z. CHEN, JIN L. DONG, DE Q. LIAN, DIAN LIN, GONG Y. WANG, ZHU K. YONG, JIN D. YOU, and CONG D. ZHENG,

       Plaintiffs,

    - against -

REPUBLIC RESTAURANT CORP., REPUBLIC GC, LLC, ME'KONG DELTA, INC., HUY CHI LE, LINH HUE LE, and LIANG JIN LIN,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 07-CV-3307 (LTS)(RLE)

NOTICE OF APPEARANCE

Electronically Filed

   **PLEASE TAKE NOTICE** that the undersigned hereby respectfully enters his appearance as an attorney of record for Plaintiffs in the above-captioned proceeding and requests that all subsequent papers be served upon him at the address below. I certify that I am admitted to practice in this Court.

Dated: New York, New York
    April 24, 2008

              DAVIS POLK & WARDWELL

          By:   s/ Edward Sherwin
             Edward Sherwin (ES 3072)
             450 Lexington Avenue
             New York, NY 10017
             (212) 450-4501
             edward.sherwin@dpw.com
             *Attorney for Plaintiffs*