UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

FEN Z. CHEN, JIN L. DONG, DE Q. LIAN, DIAN LIN, GONG Y. WANG, ZHUK YONG, JIN D. YOU and CONG D. ZHENG,

    Plaintiffs,

    v.

REPUBLIC RESTAURANT CORP., REPUBLIC GC, LLC, ME'KONG DELTA, INC., HUY CHI LE, LINH HUE LE and LIANG JIN LIN,

    Defendants.

-------------------------------------------------------------- x

No. 07 Civ. 3307 (LTS)(RLE)

ECF CASE

**STIPULATION**





**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that Defendants Republic Restaurant Corp., Republic GC, LLC, Me'kong Delta, Inc., Huy Chi Le, Linh Hue Le and Liang Jin Lin (collectively, "Defendants") concede the following:

1. With respect to the eight-named Plaintiffs only, Defendants willfully violated the Fair Labor Standards Act (the "FLSA"), 29 U.S.C. §255(a), from April 30, 2001 until April 30, 2007, by making incorrect payments to Plaintiffs for overtime and minimum wage.

2. With respect to the eight-named Plaintiffs only, Defendants willfully violated the New York State Labor Law, N.Y. Lab. L. §198(1-a), from April 30, 2001 until April 30, 2007, by making incorrect payments to Plaintiffs for overtime and minimum wage.

**IT IS ALSO STIPULATED AND AGREED**, by and between the undersigned counsel, that by entering into this Stipulation, Plaintiffs withdraw Plaintiffs' Document Request No. 22 and Interrogatory No. 7 as previously ordered by Magistrate Ellis in an Order of this Court dated March 26, 2008.

**IT IS FURTHER STIPULATED AND AGREED**, by and between the undersigned counsel, that by entering into this Stipulation, Plaintiffs agree that any response to Interrogatory No. 11 provided by Defendants, will be used for the limited purpose of being able to "substantiate or disprove the Plaintiffs' claims" in this specific lawsuit as intended by Magistrate Ellis in an Order of this Court dated March 26, 2008, and not for any other purpose.

Dated: New York, New York
April 23, 2008

| DAVIS POLK & WARDWELL | McDERMOTT WILL & EMERY LLP |
|---|---|
| By: _____ | By: _____ |
| Jonathan L. Adler (JA 7424) | Joel Cohen (JEC 5312) |
| 450 Lexington Avenue | 340 Madison Avenue |
| New York, New York 10017 | New York, New York 10173 |
| (212) 450-4190 | (212) 547-5400 |
| | |
| Kenneth Kimerling (KL 5762) | *Attorneys for Defendants* |
| ASIAN AMERICAN LEGAL DEFENSE | |
| AND EDUCATION FUND | |
| 99 Hudson Street | |
| New York, New York 10013 | |
| 212.966.5932 | |
| *Attorneys for Plaintiffs* | |

So Ordered: _____ 5-5-08
The Honorable Ronald L. Ellis, U.S. Magistrate Judge

NYK 1156389-1.079795.0011

- 2 -