# CERTIFICATE OF SERVICE

I certify under penalty of perjury that, pursuant to 28 U.S.C. §1746, on Wednesday, July 2, 2008, I served the accompanying Defendants' Objections to the Court's June 18, 2008 Order Pursuant to Fed. R. Civ. P. 72(A) and Affidavit of Joel E. Cohen, Esq. upon all those having appeared in this matter, and in accordance with the rules of this Court.

Dated: New York, New York
      July 2, 2008

_____
Amelia J. Crowley