# EXHIBIT G – Part 2

# Exhibit B

```
                                                                    1
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    CASE NO.: 07 CV 03307
      ------------------------------------------x
 4    FEN Z. CHEN, JIN L. DONG, DE Q. LIAN,
      DIAN LIN, GONG Y. WANG, ZHU K. YONG,
 5    JIN D. YOU and  CONG D. ZHENG,

 6                       Plaintiffs,

 7       -against-

 8
      REPUBLIC RESTAURANT CORP., REPUBLIC GC,
 9    LLC, ME'KONG DELTA, INC., HUY CHI LE,
      LINH HUE LE, and LIANG JIN LIN,
10
11                       Defendants.

12    ------------------------------------------x

13                    February 21, 2008

14                    9:30 a.m.

15

16

17          DEPOSITION of HUY CHI LE,

18    a Defendant in the above-captioned matter, taken

19    by Plaintiffs, held at the offices of Davis Polk

20    & Wardwell, 450 Lexington Avenue, New York, New

21    York, before Eileen Mulvenna, CSR/RMR, Certified

22    Shorthand Reporter, Registered Merit Reporter and

23    Notary Public of the State of New York.

24

25
```

100

Huy Chi Le

2  A.  (In English) I'll try to get it.

3      (Through interpreter) I'll try to
4  get it.

5  Q.  We'd ask if you have any of those,
6  you produce them.

7  DOCUMENT/DATA REQUESTED:

8  A.  I don't have them yet.

9  Q.  The drop in the volume of business,
10 was that the only reason you changed the delivery
11 workers' schedules in April of 2007?

12 A.  You can say that.

13 Q.  So the filing of this lawsuit in
14 April of 2007 by the delivery workers claiming
15 that they weren't paid for minimum wage and
16 overtime and the timing of the changing of the
17 delivery workers' schedule in April of 2007,
18 that's just a coincidence?

19     MS. NEW:  I'll object to the form of
20     the question.

21     You can answer.

22 A.  You can say that. And in addition,
23 before the lawsuit began, my employees have
24 requested to work less hours because there are
25 ten of them and they pool their tips together.

```
                                                           101
 1                    Huy Chi Le
 2    So whether they work more or less hours, they
 3    make the same amount because the main part of
 4    their income is from tips.
 5         Q.     Who did they -- and I assume when
 6    you're saying your employees, that you're
 7    referring to the delivery workers?
 8         A.     Yes.
 9         Q.     To whom did the delivery workers
10    make their complaints about wanting to work less
11    hours?
12         A.     I don't remember.  I heard it
13    verbally from someone.
14         Q.     Who did you hear that from?
15         A.     I don't remember.
16         Q.     So you're testifying then that prior
17    to April of 2007, workers who -- delivery workers
18    who arrived at the restaurant in the morning,
19    half of them had the hours of 2:30 to 5:30 off?
20         A.     Yes, for all along, during that
21    break, either from -- whether it be from 2:30 to
22    5:30 or until 6:30, half of the people left.
23              MR. MILLER:  I'm going to mark this
24         Plaintiffs' Exhibit 8.
25
```

125

1           Huy Chi Le
2  was -- I didn't do it correctly. And so
3  subsequently I made changes.
4        Q.    Was it your testimony that the
5  reason why the delivery workers -- strike that.
6              Did the waiters receive tips?
7        A.    Yes.
8        Q.    Did the busboys receive tips?
9        A.    Yes.
10       Q.    Did the bartenders receive tips?
11       A.    I think so.
12       Q.    And they were all required to use
13 the punch clock?
14       A.    Yes.
15       Q.    Did they ever express any concerns
16 with using the punch clock?
17       A.    No, they were very willing to do it.
18       Q.    But the delivery workers were not
19 willing to do it; is that your testimony?
20       A.    That's right. The delivery staff
21 were very unhappy that all their wages appear on
22 the -- on the check. They preferred cash so that
23 they could be then regarded as low income which
24 qualifies them for Medicaid, food stamp,
25 low-income housing. And also, other benefits for

```
                                                           126
                          Huy Chi Le
   their children and also at the end of the year,
   they can get a few thousand dollars.
               So it was under great duress that I
   made changes in 2006.  Up till now, with the new
   system starting in April of 2007, many employees
   have a hard time adjusting to reporting their --
   reporting all their tips, especially tips paid in
   cash.
               And last year I had a very big
   problem.  My employees got into trouble over
   reporting the tips because they pool their tips.
   So I know how much credit card -- credit card
   tips amounted to and, also, their total amount in
   tips.  And I am responsible to report it for
   them.  They were very unhappy.
               So I had to hold a meeting to
   explain it to them; but in the end, they didn't
   accept it.  So up till now, I'm still reporting
   on what they tell me to report, especially cash
   tips.
        Q.    So have your reporting practices
   regarding the delivery workers' wages and tips,
   have they changed since April of 2007?
        A.    Are you asking me whether there's
```

# Exhibit C

```
                                                            1

     UNITED STATES DISTRICT COURT

     SOUTHERN DISTRICT OF NEW YORK

     Case No. 07-CV-03307

     ------------------------------------x
     FEN Z. CHEN, JIN L. DONG,
     DE Q. LIAN, DIAN LIN, GONG Y. WANG,
     ZHU K. YONG, JIN D. YOU, and
     CONG D. ZHENG,

              Plaintiffs,


         - against -



     REPUBLIC RESTAURANT CORP.,
     REPUBLIC GC, LLC; ME'KONG DELTA,
     INC., HUY CHI LE, LINH HUE LE,
     and LIANG JIN LIN,

              Defendants.
     ------------------------------------x
                 March 3, 2008
                 9:45 a.m.


         Deposition of LINH HUE LE, taken by

     Plaintiffs, pursuant to Notice, held at

     the offices of Davis Polk & Wardwell, 450

     Lexington Avenue, New York, New York,

     before Jomanna DeRosa, a Certified

     Shorthand Reporter and Notary Public of

     the State of New York, New Jersey, and

     California.
```

57

L. LE

1
2  A.   Yes.
3  Q.   And did you ever forward
4  payroll information to Stella Kwon?
5  A.   Yes.
6  Q.   She's the accountant. Correct?
7  A.   Yes.
8  Q.   So, you would forward the kind
9  of stuff -- the kind of payroll records
10 you just described to me to her?
11 A.   Yes.
12 Q.   How often would you do that?
13 A.   Once a week, right after we
14 settled the record for that week.
15 Q.   Would you ever forward payroll
16 information to Stella Kwon about --
17 related to delivery employees?
18 A.   I'm responsible to bring the
19 tips record to the accountants, but
20 Mr. Lin is the one who actually worked on
21 the working schedule and -- and the
22 payroll, and the in and out record.
23 Q.   So, you were responsible for
24 forwarding information about the tips
25 received by the delivery workers to

58

1        L. LE

2   Ms. Kwon?

3        A.    Since I was never involved in
4   the record of the delivery guys' tips
5   record, I only forward this information to
6   the accountant after Mr. Lin finished
7   working on it.

8        Q.    Would you review it at all
9   before forwarding it on to Ms. Kwon?

10       A.    No, I don't have to.  I only
11  working as a person that bring this
12  information to the accountants because I'm
13  not involved with this tips record of the
14  delivery department.

15       Q.    So, you would not review
16  records relating to delivery employees at
17  all for accuracy before giving them to
18  Ms. Kwon?

19       A.    Right.

20       Q.    And you only forwarded to
21  Ms. Kwon tips records relating to delivery
22  employees.  Right?

23       A.    As well as the in and out work
24  schedule delivery people.

25       Q.    Just so I understand, so, you

86

1        L. LE

2    Q.    Okay. And how do you -- what's
3 the basis of your understanding about the
4 shifts that the delivery workers work?
5    A.    Because I have seen the
6 information from the paperwork that I
7 delivered to Stella that I have some kind
8 of impression.
9    Q.    Okay. What paper are you
10 referring to specifically? Can you
11 describe for me the documents you're
12 referring to when you say the "paper" that
13 you delivered to Stella?
14    A.    That's in our schedule, and
15 have signatures on it.
16    Q.    So you're talking about time in
17 and time out?
18    A.    Yes.
19    Q.    Are you referring to any other
20 types of documents?
21    A.    Of course, also with the tips
22 record.
23    Q.    And how long have you been
24 delivering those types of documents to
25 Stella?

                                                                87
                            L. LE
 1
 2      A.      All the time.
 3      Q.      Since you started working at
 4   the restaurant?
 5      A.      That's right, because the
 6   delivery people don't know any English,
 7   and that's why I've always been helping
 8   them to send this in.
 9      Q.      What do you mean you've been
10   helping them to "send this in"?
11      A.      What I mean is I've been
12   helping them to send these schedules and
13   the tips record to Stella every week.
14      Q.      And how long has the restaurant
15   maintained the sign in and sign out sheets
16   for delivery workers?
17      A.      I don't remember that well
18   regarding this.
19      Q.      Do you recall sending sign in
20   and sign out sheets relating to delivery
21   workers to Stella prior to April of 2007?
22      A.      Yes.
23              MR. ADLER:  To the -- I guess
24   for the record, to the extent that
25   defendants have not produced records

```
                                                    127
 1                      L. LE
 2    agencies.
 3         Q.     And I just want to make sure to
 4    get an answer because I'm not sure I got
 5    one before.  Did any of the delivery
 6    workers ever ask you to be paid in that
 7    way, meaning a lump sum per month, as
 8    opposed to an hourly wage?
 9         A.     That's what they said when they
10    first come into this restaurant.  They
11    would always ask if you would pay $700 per
12    month.
13         Q.     They would ask you that?
14         A.     Well, at the time, when I pick
15    up this information from the head of the
16    deliveries, then I would hear from him.
17    That's why I know about this figure, $700.
18         Q.     So, just to be clear, the
19    delivery workers never asked you directly
20    that information?
21         A.     Right.
22         Q.     Now, you said that the delivery
23    workers wanted to be paid that way so that
24    they could qualify for certain benefits.
25                Correct?
```

L. LE

1  
2  A. The delivery guys did tell me  
3  in the past about this kind of thing.  
4  Q. They told you directly?  
5  A. Yes. They told me do not  
6  report that much income for me because if  
7  you do that, I will not be able to get any  
8  refund from the IRS.  
9  Q. And which delivery workers told  
10 you that?  
11 A. It's been a long time ago,  
12 however, there were a lot of them who  
13 asked me that kind of request -- I would  
14 say that kind of reminder. They always  
15 told me, well, the amount of income the  
16 restaurant reported has been too high for  
17 me, and I become not qualified for  
18 Medicaid, and it's too expensive for me to  
19 see doctor now.  
20 Q. But you don't remember which  
21 delivery workers told you that  
22 information?  
23 A. That's right. I don't remember  
24 the names.  
25 Q. Do you remember when they told