# EXHIBIT  G –
# Part 3

131

L. LE

1

2    are you aware of how much the delivery

3    workers earned was ultimately reported by

4    the restaurant?

5              MR. ADLER:  I'll just note that

6    Mr. Le stated something on the record --

7    or stated something in the last question

8    in terms of how much was reported.

9              MS. NEW:  And I instructed

10    Mr. Le that he's not testifying at this

11    time, and he knows now not to say

12    anything.

13              THE INTERPRETER:  And the

14    witness just said that the question seems

15    a little bit too long for her.  If you

16    could shorten it and bring it down.

17    Q.      Okay.  I just want to know --

18    you testified that delivery workers came

19    to you at some point and asked you not to

20    report the full amount of wages that they

21    earned.  Correct?

22    A.      Yes.

23    Q.      I want to know if you know

24    whether or not the restaurant ultimately

25    reported the full amount or if they

133

```
 1                    L. LE
 2   find anyone to work for us.
 3        Q.     So, the workers did want you to
 4   report the full amount of the $700 that
 5   you say they were being paid at the time?
 6        A.     Right.
 7        Q.     And are you familiar with the
 8   government subsidies that each of the
 9   delivery workers receives?
10        A.     I don't understand.
11        Q.     Well, do you know what, if any,
12   government subsidies the delivery workers
13   are receiving?
14        A.     I don't know.
15        Q.     Have you ever asked them?
16        A.     No.
17               (Recess taken.)
18        Q.     Who's responsible at Republic
19   for determining how much the delivery
20   workers are paid?
21        A.     It all depends on what the
22   delivery people were asking.
23        Q.     Okay.  Well, first of all, that
24   wasn't my question.  I want to know who at
25   Republic is responsible for determining
```

```
                                                      134
 1                    L. LE
 2   how much the delivery workers are to be
 3   paid.
 4       A.      I don't know.
 5       Q.      Was it you?
 6       A.      No.
 7       Q.      Was it Mr. Lin?
 8       A.      Well, it's usually Mr. Lin who
 9   would tell me what the others are paying,
10   and he would tell me what we were supposed
11   to pay, then I would just comply.
12       Q.      Did Mr. Lin have authority to
13   make a decision as to what delivery
14   workers should be paid?
15       A.      I don't know.
16       Q.      You don't know if Mr. Lin was
17   authorized to decide how much the delivery
18   workers were to be paid?
19       A.      Usually it was decided by him.
20       Q.      So, if Mr. Lin didn't have
21   authority to decide what the delivery
22   workers should be paid, then who did?  Who
23   at the restaurant did?
24       A.      It was him who did the
25   recruitment.
```

# Exhibit D

1

1

2    UNITED STATES DISTRICT COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    Case No. 07-CV-03307

5    ------------------------------------x
     FEN Z. CHEN, JIN L. DONG,.
6    DE Q. LIAN, DIAN LIN, GONG Y. WANG,
     ZHU K. YONG, JIN D. YOU, and
7    CONG D. ZHENG,

8           Plaintiffs,

9

10       - against -

11

12   REPUBLIC RESTAURANT CORP.,
     REPUBLIC GC, LLC; ME'KONG DELTA,
13   INC., HUY CHI LE, LINH HUE LE,
     and LIANG JIN LIN,

14          Defendants.
15   ------------------------------------x
                 March 10, 2008
16               9:29 a.m.

17

18       Deposition of JIA LIANG LIN, taken by

19   Plaintiffs, pursuant to Notice, held at

20   the offices of Davis Polk & Wardwell, 450

21   Lexington Avenue, New York, New York,

22   before Jomanna DeRosa, a Certified

23   Shorthand Reporter and Notary Public of

24   the State of New York, New Jersey, and

25   California.

42

1                          J. LIN

2       menus at all, at the time when I was

3       working under another head of the delivery

4       department.

5                  In fact, every one of the

6       delivery people who came to work in this

7       restaurant was based on one reason that

8       was everybody like the tradition of this

9       restaurant not asking workers to

10      distributing menus.

11                 In the past we used to have a

12      lot of people who would be willing to wait

13      on line to work for this restaurant and

14      the line can be as long as from the

15      restaurant up to Chinatown.  People would

16      be waiting in this long line to get into

17      this restaurant to work.  And that was

18      true, because they all understand that the

19      benefits of this restaurant was great.

20                 First of all, no need to

21      distribute menus.  No. 2, this restaurant

22      provided the uniform and the helmet by the

23      boss.  In addition, the boss would also

24      agree to report our income to the

25      authority so that the workers would be

43

J. LIN

1    able to apply for Medicaid.  And then at

2    the end of every year, after the tax

3    return was filed, people would be able to

4    receive tax refund.

5        Q.    My question:  You had testified

6    earlier that it would be impossible for

7    the menus to be delivered without you.

8    Why would it be impossible?

9        A.    What I mean is originally the

10   restaurant never allow -- never need the

11   workers to distribute menus, only in the

12   exception when there was special

13   occasions, like when the price of food had

14   been raised and the boss would just ask us

15   to pass the word out by distributing the

16   menus.

17            And that's the special

18   occasions when I had to bring these

19   workers out to give out menus.  And in

20   fact, the name of this restaurant,

21   Republic, has been very popular in

22   Manhattan.  Almost everyone I ran into in

23   this city, they would indicate to me that

24   they know about this name of Republic.

145

1                    J. LIN

2    work hour from 5:30 to 6:30, it was just

3    like eliminating the work hours when

4    there's no delivery orders.  I believe

5    they also prefer to have a longer hour of

6    breaks.

7        Q.      You're a delivery worker.  Why

8    would a delivery worker consent to his

9    number of hours of work being reduced?

10       A.      It was because of one thing,

11   that no matter what changes was made to

12   the working hours, there will still be ten

13   people to share the tips from the work,

14   and the same amount of tips would still

15   be -- belong to the ten delivery people.

16   That's why no one would object.

17                The main source of income for

18   the delivery person would be from the tip.

19   So, the tips income will still be

20   distributed among ten of us, no

21   difference.  That's why I said that all

22   the delivery workers welcome for the

23   change and there's no effect on their tips

24   income.

25       Q.      Would the delivery workers'

# Exhibit E

04.28.08.Rong.Hau.Shen.txt

```
13    A.    The point is when their mind
14 has been distracted then they would not be
15 able to make a quick delivery, as quick as
16 before and because of the tip pool system
17 if people are not focusing on getting the
18 work done gas as possible, as quick as
19 possible then the income level from the
20 tip would be effected.
21    Q.    Did you notice your fellow
22 delivery workers being more slow in making
23 deliveries?
24    A.    Yes, that's exactly what I
25 figure out.
```

56

```
1 ROUGH DRAFT - NOT TO BE DEEMED AS FINAL
2    Q.    From the beginning of 2007
3 until the time you left the restaurant,
4 did the amount of money you received from
5 the tip pool decline?
6    A.    No, nothing like that.
7    Q.    So you never noticed -- strike
8 that.
9          You thought that the amount of
10 money that your coworkers would contribute
11 to the tip pool would decline.  Correct?
12    A.    It's not like that.  It's
13 because of the system of the tip pool.
14 For example when someone is supposed to be
15 able to make $30 of tips a day and then
16 they only make 20 and I make 30 that means
17 that other people would have to share my
18 hard work tip income.  You would have to
19 know that eventually all the the tips
20 would go into the pool and everybody would
21 be distributed accordingly.
22    Q.    In January of 2007, how much
23 money did you contribute to the tip pool
24 on the days you worked?
25    A.    About 60 to 70 dollars.
```

57

```
1 ROUGH DRAFT - NOT TO BE DEEMED AS FINAL
2    Q.    Is that per day?
3    A.    Yes.
4    Q.    And how much would you get from
```
Page 33

04.28.08.Rong.Hau.Shen.txt

5 the tip pool every day on average during

6 January of 2007?

7     A.     You have to understand that we

8 are not figuring out the numbers this way.

9 The tips distribution was done on a daily

10 basis.  You have to listen to me to

11 understand this.

12     Q.     Okay.

13     A.     It's not the same A tips that

14 we got every day, sometimes 50, sometimes

15 60.  For example, today I may got 50 and

16 next day I may got 60.  And that's what

17 I'm saying distributed from the pool.

18 Even though some people may bring in 20 a

19 day or someone will get 30 a day but then

20 everybody gets an even amount.

21     Q.     Let me step back a second.  who

22 shared in the tip pool, was it only

23 delivery workers?

24     A.     Only the delivery guys.

25     Q.     Did the head of the delivery

                                   58

1 ROUGH DRAFT - NOT TO BE DEEMED AS FINAL

2 workers also share in the tip pool?

3     A.     Yes, he's also one of us.

4     Q.     Did he make deliveries also or

5 only?

6     A.     Yes.

7     Q.     Okay.  And you said that with

8 all of this talk at the restaurant you

9 were afraid that your coworkers would earn

10 less in tips.  Is that correct?

11     A.     It was not just something that

12 I worry about, that was a fact that

13 already happened.

14     Q.     And did you receive less from

15 tips in the tip pool in April of 2007 than

16 you did in January of 2007?

17     A.     Your question indicates that

18 you're still not clearly understanding the

19 situation.  The tips amount is still the

20 same, but what I'm saying is I bring in

21 more and the others bring in less and then

22 eventually we got the same tips income.

23 And what I'm saying is when I have to make

Page 34