# EXHIBIT  H –
# Part 2

# COPY

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
FEN Z. CHEN, JIN L. DONG, DE Q. LIAN,
DIAN LIN, GONG Y. WANG, ZHUK YONG,
JIN D. YOU and CONG D. ZHENG,

     Plaintiffs,

  -against-     07 CV 03307
          (LTS) (RLE)

REPUBLIC RESTAURANT CORP., REPUBLIC
GC, LLC, ME'KONG DELTA, INC., HUY CHI
LE, LINH HUE LE and LIANG JIN LIN,

     Defendants.
------------------------------------x

     March 11, 2008
     11:56 A.M.

    Deposition of Plaintiff, by JIN

LONG DONG, taken by Defendants, pursuant to

Notice, at the offices of McDermott Will &

Emery LLP, 340 Madison Avenue, New York, New

York 10017-4613, before Charisse Romeo, a

Shorthand Reporter and Notary Public within

and for the State of New York.



ARTA PASCULLO, President

## CLASSIC REPORTING, INC.
### TOTAL LITIGATION SUPPORT
13 West 36th Street • New York, New York 10018
Tel: (212) 268-2590 • Fax: (212) 268-2596

6

1                         J. Dong

2             A.     It seemed that it is out of

3    business.

4             Q.     It is out of business?

5             A.     Yes.

6             Q.     When you worked for that

7    restaurant, were you paid in cash or by check?

8             A.     Cash.

9             Q.     When you went to work for

10   Republic, were you paid by cash or by check?

11            A.     Part, part of the salary is in

12   check and part of the salary is in cash.

13            Q.     Since you have been working at

14   Republic, have you paid taxes?

15            A.     Oh, yes and my employer give me

16   W-2 form and then I file the income tax

17   report.

18            Q.     And did you do your taxes

19   yourself or do you have someone help you?

20            A.     Yes, my accountant helped me to

21   file tax report.

22            Q.     And who is your accountant?

23            A.     Okay the name, the name of my

24   accounting firm is Jian Hua accounting firm,

25   J-I-A-N, H-U-A.

1                        J. Dong

2          A.    No.   No.

3          Q.    No?

4          A.    No.

5          Q.    How do you provide information to

6    your accountant about what you are going to

7    pay taxes on?

8          A.    Well, when my employer give me

9    W-2 form, I just present it to my accountant

10   and he helped me -- my accountant helped me to

11   file the income tax report.

12         Q.    And your accountant never asked

13   you about what money you make in tips that's

14   not under your W-2?

15         MR. ADLER:   To the extent that we

16         are getting into potentially

17         incriminating information, we request

18         to confer with our client before he

19         answers.

20         MR. COHEN:   Sure, confer with

21         your client.

22         (Witness and counsel confer from

23         12:07 P.M. until 12:10 P.M.)

24         MR. COHEN:   Can you read back the

25         last question?

# COPY

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
FEN Z. CHEN, JIN L. DONG, DE Q. LIAN,
DIAN LIN, GONG Y. WANG, ZHUK YONG,
JIN D. YOU and CONG D. ZHENG,

               Plaintiffs,

      -against-              07 CV 03307
                             (LTS) (RLE)

REPUBLIC RESTAURANT CORP., REPUBLIC
GC, LLC, ME'KONG DELTA, INC., HUY CHI
LE, LINH HUE LE and LIANG JIN LIN,

               Defendants.
------------------------------------x

               March 11, 2008
               9:55 A.M.

        Deposition of Plaintiff, by CONG

DIAN ZHENG, taken by Defendants, pursuant to

Notice, at the offices of McDermott Will &

Emery LLP, 340 Madison Avenue, New York, New

York 10017-4613, before Charisse Romeo, a

Shorthand Reporter and Notary Public within

and for the State of New York.



**CLASSIC REPORTING, INC.**
**TOTAL LITIGATION SUPPORT**

ARTA PASCULLO, President

13 West 36th Street • New York, New York 10018
Tel: (212) 268-2590 • Fax: (212) 268-2596

51

1                              C. Zheng

2            Q.    That's right?

3            A.    Yes.

4            Q.    Do you receive any government

5    subsidies?

6            A.    No.

7            Q.    Do you live in government

8    subsidized housing?

9            A.    No.

10           Q.    Do you receive money back on

11   taxes because you declare income that is below

12   a certain level?

13               MR. ADLER:    Object to form.

14           A.    Yes.  Yes.

15           Q.    And do you do your taxes by

16   yourself or do you have an accountant?

17           A.    Accountant.

18           Q.    Who is your accountant?

19           A.    It was on the second floor of

20   Broadway.  That was at 21 East Broadway,

21   second floor.

22           Q.    But you don't know the name?

23           A.    I don't remember.

24           Q.    And how long have they been doing

25   your taxes?

52

C. Zheng

1

2      A.    It was -- it is that accountant

3   who has been helping me to report my income

4   tax.

5      Q.    I know.  How long?

6      A.    I don't remember.  About ten

7   years.

8      Q.    Ten years?

9      A.    Yes, more than ten years.  It was

10  more than ten years that that accountant

11  helped me to file my income tax report.

12     Q.    Did the accountant explain to you

13  that if you report an income level below a

14  certain amount, the government gives you money

15  back?

16          MR. ADLER:  Object to form.

17     A.    That he didn't tell me about.  He

18  just helped me to calculate how much I earned

19  and helped me to file the income tax report.

20     Q.    Well, how long has it been that

21  you get money back from the government because

22  your income level is too low?

23     A.    That had no -- that I don't

24  remember.  All I remember is when it is time

25  for filing the tax report, I did that.

# COPY

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------x
FEN Z. CHEN, JIN L. DONG, DE Q. LIAN,
DIAN LIN, GONG Y. WANG, ZHUK YONG,
JIN D. YOU and CONG D. ZHENG,

                    Plaintiffs,

          -against-                    07 CV 03307
                                       (LTS) (RLE)

REPUBLIC RESTAURANT CORP., REPUBLIC
GC, LLC, ME'KONG DELTA, INC., HUY CHI
LE, LINH HUE LE and LIANG JIN LIN,

                    Defendants.
-------------------------------------x

               March 11, 2008
               1:24 P.M.

          Deposition of Plaintiff, by DE

QING LIAN, taken by Defendants, pursuant to

Notice, at the offices of McDermott Will &

Emery LLP, 340 Madison Avenue, New York, New

York 10017-4613, before Charisse Romeo, a

Shorthand Reporter and Notary Public within

and for the State of New York.



**CLASSIC REPORTING, INC.**
**TOTAL LITIGATION SUPPORT**

ARTA PASCULLO, President      13 West 36th Street • New York, New York 10018
                             Tel: (212) 268-2590 • Fax: (212) 268-2596

29

D. Lian

1

2      Q.     When approximately did you know

3   about it from reading the newspaper?

4      A.     I heard from people who went on

5   strike across the street in April of 2007.

6      Q.     So that is the first time that

7   you found out about it?

8      A.     That's correct.

9      Q.     So I don't understand, what was

10  it you were talking about when you said you

11  learned this from reading the newspapers?

12     A.     I learned it from both the

13  strike, the people who went on strike, as well

14  as from the newspaper.

15     Q.     But it wasn't in the newspaper

16  until the people across the street went on

17  strike?

18     A.     That's correct.

19     Q.     Okay.  And do you live in

20  government subsidized housing?

21     A.     No.

22     Q.     Do you get something called the

23  earned income tax credit?

24     A.     No.

25     Q.     Do you file your own taxes or

30

```
 1                    D. Lian
 2    does somebody help you?
 3         A.    Every year the employer will
 4    issue me a W-2 form.
 5         Q.    Yes.
 6         A.    Then I present it to my
 7    accountant, who helped me to file the income
 8    tax report.
 9         Q.    Does the W-2 form reflect all of
10    the taxes, all of the tips that you earned?
11         A.    No.
12         Q.    Who is your accountant, by the
13    way?
14         A.    Jian Hua, J-I-A-N, H-U-A,
15    accounting firm.
16         Q.    Where are they located?
17         A.    It is located in Chinatown.
18         Q.    And has your accountant ever
19    explained that if you report income below a
20    certain level, the government will pay you
21    money?
22         A.    This I don't understand.
23         Q.    Do you get money back from the
24    government?
25         A.    Yes.
```

31

D. Lian

1    

2    Q.    And do you know why you get money

3    back from the government?

4    A.    I didn't know either.  All I knew

5    was I got W-2 form, I submit it to my

6    accountant and he helped me to file income tax

7    report.

8    Q.    And do you agree with your

9    co-workers who testified here today that since

10    you've been using the sign-in/sign-out sheets,

11    that that accurately reflects your hours?

12    A.    Yes.

13    Q.    And are you being paid for all

14    the hours that you worked since the

15    sign-in/sign-out sheets went into effect?

16    A.    Currently our salary was based on

17    40 hours a week.

18    Q.    Have you ever since the

19    sign-in/sign-out sheets worked more than 40

20    hours a week?

21    A.    Yes.

22    Q.    And do you get paid overtime when

23    you work more than 40 hours a week?

24    A.    Now, yes.

25    Q.    And are you happy with the new

# COPY

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------x
FEN Z. CHEN, JIN L. DONG, DE Q. LIAN,
DIAN LIN, GONG Y. WANG, ZHUK YONG,
JIN D. YOU and CONG D. ZHENG,

                    Plaintiffs,

         -against-                    07 CV 03307
                                      (LTS) (RLE)

REPUBLIC RESTAURANT CORP., REPUBLIC
GC, LLC, ME'KONG DELTA, INC., HUY CHI
LE, LINH HUE LE and LIANG JIN LIN,

                    Defendants.
----------------------------------x

                    March 11, 2008
                    2:22 P.M.

          Deposition of Plaintiff, by GONG

YI WANG, taken by Defendants, pursuant to

Notice, at the offices of McDermott Will &

Emery LLP, 340 Madison Avenue, New York, New

York 10017-4613, before Charisse Romeo, a

Shorthand Reporter and Notary Public within

and for the State of New York.



## CLASSIC REPORTING, INC.
### TOTAL LITIGATION SUPPORT

ARTA PASCULLO, President

13 West 36th Street • New York, New York 10018
Tel: (212) 268-2590 • Fax: (212) 268-2596

9

1                          G. Wang

2              A.    No.

3              Q.    No.  Okay.  Now, do you live in

4    subsidized housing?

5              A.    No.

6              Q.    Okay.  Do you know what the

7    income tax credit is?

8              A.    No.

9              Q.    Do you have an accounting firm

10   that helps you file your taxes?

11             A.    Yes.

12             Q.    What's the name of the accounting

13   firm?

14             A.    Jian Hua, J-I-A-N, H-U-A,

15   accounting firm.

16             Q.    Where are they located?

17             A.    Well, it was behind a

18   supermarket, I don't -- I don't remember.  I'm

19   not sure whether it is on Henry Street or

20   what.

21             Q.    Okay.  And did anyone who spoke

22   to you at the accounting firm explain to you

23   what the earned income tax credit was?

24             A.    No.

25             Q.    No, okay.  Are you aware that if

# COPY

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
FEN Z. CHEN, JIN L. DONG, DE Q. LIAN,
DIAN LIN, GONG Y. WANG, ZHUK YONG,
JIN D. YOU and CONG D. ZHENG,

                   Plaintiffs,

      -against-             07 CV 03307
                         (LTS)(RLE)

REPUBLIC RESTAURANT CORP., REPUBLIC
GC, LLC, ME'KONG DELTA, INC., HUY CHI
LE, LINH HUE LE and LIANG JIN LIN,

                   Defendants.
------------------------------------x

              February 22, 2008
              9:45 A.M.

           Deposition of Plaintiff, by FEN

Z. CHEN, taken by Defendants, pursuant to

Notice, at the offices of McDermott Will &

Emery LLP, 340 Madison Avenue, New York, New

York 10017, before Charisse Romeo, a Shorthand

Reporter and Notary Public within and for the

State of New York.



**CLASSIC REPORTING, INC.**
**TOTAL LITIGATION SUPPORT**

ARTA PASCULLO, President

13 West 36th Street • New York, New York 10018
Tel: (212) 268-2590 • Fax: (212) 268-2596

10

F. Chen

1

2       A.      The answer is yes.

3       Q.      Do you fill out any forms for the

4  government that are written in English?

5               MR. ROSSELLI:  Objection to form.

6       A.      No, I cannot.

7       Q.      How do you fill out tax forms?

8       A.      Yes, I went to my accountant, the

9  office, someone over there helped me.

10      Q.      What is the name of your

11  accountant?

12      A.      The name is called Jian Hua,

13  J-I-A-N   H-U-A, H-U-A last name.

14      Q.      Where is your accountant located?

15      A.      It is located in Madison Street.

16      Q.      In Chinatown?

17      A.      Yes.

18      Q.      We were talking about the

19  restaurants that you worked for, the jobs that

20  you had before you worked at Republic, where

21  did you work after Great Wall?

22      A.      After that I went to another

23  restaurant located in 59th Street, it is

24  called West Side something, I didn't work

25  there for long time.

21

1                          F. Chen

2    ever come a point in time when you were

3    concerned or interested in why taxes were

4    being taken out of your paycheck?

5                    MR. ROSSELLI:  Objection.

6         A.    Can you repeat?

7         Q.    Did there come a point in time

8    when you did become interested in taxes being

9    paid out of the income that you earned?

10        A.    I was paid by a check two weeks.

11   I understand, I realize that my check was

12   supposed to get between 550 and $600 for the

13   two-week period.  And also that in addition to

14   that I was paid by cash, a certain amount.

15               However, as a matter of fact,

16   what I actually received, the face amount of

17   the check I received was 250 only, therefore,

18   I believe that my boss had deduct certain

19   amount for tax.

20        Q.    And was this true for all the

21   restaurants that you had worked for before

22   Republic as well?

23        A.    No, all other bosses pay me cash.

24        Q.    Okay.

25               When you filed tax returns, did

22

F. Chen

1

2     you discuss the payment of taxes with your

3     accountant?

4          A.    I gave all my documents, all the

5     paperworks to my accountants and it is totally

6     up to my accountants to proceed.

7          Q.    Okay.

8               Do you own your own home or do

9     you rent?

10         A.    Rent

11         Q.    Do you have a lease?

12         A.    Yes.  I have a lease, but since I

13    live in Brooklyn as a common practice that the

14    I usually live there, the lease is a year's

15    lease.  If I feel comfortable, I'll continue

16    to stay.  If I feel uncomfortable, I may move

17    out any time.

18         Q.    But is there a lease?

19         A.    Annual lease.

20         Q.    Is the lease in English or is the

21    lease in Chinese?

22         A.    Chinese.

23         Q.    And is the owner of the building

24    Chinese?

25         A.    Yes.

# COPY

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

FEN Z. CHEN, JIN L. DONG, DE Q. LIAN,
DIAN LIN, GONG Y. WANG, ZHUK YONG,
JIN D. YOU and CONG D. ZHENG,

      Plaintiffs,

   -against-        07 CV 03307
              (LTS)(RLE)

REPUBLIC RESTAURANT CORP., REPUBLIC
GC, LLC, ME'KONG DELTA, INC., HUY CHI
LE, LINH HUE LE and LIANG JIN LIN,

      Defendants.
-----------------------------------x

      February 19, 2008
      2:23 P.M.


     Deposition of Plaintiff, by ZHU

KANG YONG, taken by Defendants, pursuant to

Notice, at the offices of McDermott Will &

Emery LLP, 340 Madison Avenue, New York, New

York 10017, before Charisse Romeo, a Shorthand

Reporter and Notary Public within and for the

State of New York.



ARTA PASCULLO, President

**CLASSIC REPORTING, INC.**
TOTAL LITIGATION SUPPORT
13 West 36th Street • New York, New York 10018
Tel: (212) 268-2590 • Fax: (212) 268-2596

8

Z. Yong

1

2       A.      For instance, whenever I have

3    Medicaid card I have to apply for or if I want

4    to know what the bank statement was about or

5    if I want to understand what the telephone

6    bill was all about, for all those matters I

7    went to that law office.

8       Q.      Are you married?

9       A.      Yes.

10      Q.      Is your wife Chinese?

11      A.      Yes.

12      Q.      Does she speak English at all?

13      A.      No.

14      Q.      Other than Medicaid, do you

15   receive any kind of subsidy from the federal

16   government?

17      A.      No.

18      Q.      Do you live in federal housing?

19      A.      No.

20      Q.      Okay.  And do you file tax

21   returns?

22      A.      Yes.

23      Q.      And how do you fill out the tax

24   returns, if you don't speak English?

25      A.      When I got my W-2 form, I just

9

1                          Z. Yong

2     bring it to the accountant, accounting office

3     and I have the accountant's file the tax

4     return for us.

5              Q.    And what accounting office is

6     that?

7              A.    In Chinese is Zhong Cheng

8     accounting firm.  If I translate Zhong Cheng,

9     it means faithful.

10             Q.    And where are they located?

11             A.    It is located in Chinatown.

12             MR. COHEN:  Should I assume that

13        in terms of questions about payment of

14        taxes and questions about tax returns,

15        that he is also going to take the Fifth

16        Amendment?

17             MR. ROSSELLI:  I don't want to

18        speak for him.

19             MR. COHEN:  Well, why don't you

20        ask him now so we can do it all at

21        once.

22             MR. ROSSELLI:  Sure.

23             (Recess taken.).

24             MR. COHEN:  Is my assumption

25        correct?