# EXHIBIT I

Case 1:07-cv-03307-LTS-RLE   Document 36-13   Filed 07/02/2008   Page 1 of 13

# McDermott
# Will & Emery

Boston Brussels Chicago Düsseldorf Houston London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Joel E. Cohen
Attorney at Law
jcohen@mwe.com
212.547.5566

May 19, 2008

**VIA HAND DELIVERY**
The Honorable Judge Ronald L. Ellis
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1970
New York, New York 10007

Re:   Chen *et al.* v. Republic Restaurant Corp. *et. al.*
      Index No. 07-Civ-3307

Dear Judge Ellis:

This firm represents the Defendants in the above-referenced matter. Defendants submit this letter as a supplement[1] to their May 16, 2008 letter (the "May 16th Letter") in light of receiving form letters from five more Plaintiffs (*i.e.*, Fen Z. Chen, Cong Dian Zheng, De Qing Lian, Zhu Kang Yong and Gong Yi Wang) requesting revised W-2s for 2005, 2006 and 2007.[2] (Attached hereto as Exhibit A are true and correct copies of the letters and the Certified Mail envelopes). As stated more fully in the May 16th Letter, the timing of Plaintiffs' requests creates questions about the veracity of their tax returns and demonstrates the compelling need to explore the Earned Income Tax Credit issues and Plaintiffs' credibility. Accordingly, Defendants respectfully request that this Court compel production of Plaintiffs' tax returns.

Respectfully submitted,

Joel E. Cohen

Enclosures
cc:   Edward Sherwin, Esq. (w/encls.)
      Ken Kimerling, Esq. (w/encls.)

---

[1] Defendants apologize for submitting a supplemental letter to the Court given Your Honor's stated concern at the last conference. However, Plaintiffs' credibility cannot be ignored given these circumstances.

[2] Again, these form letters are all written in English, despite the fact that these Plaintiffs all used interpreters at their depositions, and most of them testified that they could not speak, read or write English. See Deposition ("Dep.") of Fen Z. Chen 9:14-17, Dep. of Cong Dian Zheng 42:20 - 43:3, Dep. of Zhu Kang Yong 5:10-12, Dep. of Gong Yi Wang 5:5-10. (Attached hereto as Exhibit B are true and correct copies of the aforementioned deposition transcript excerpts).

U.S. practice conducted through McDermott Will & Emery LLP.
NYK 1161256-1.079795.0011
340 Madison Avenue  New York, New York  10017-4613  Telephone: 212.547.5400  Facsimile: 212.547.5444  www.mwe.com

# EXHIBIT A

May 11, 2008

Me'Kong Delta, Inc.
37 Union Square West
New York, NY 10003

To Whom It May Concern:

My name is Fen Zhi Chen, I work as a delivery person in your restaurant Me'Kong Delta, Inc. a/k/a Republic Restaurant.

I am writing to inform you that the 2005, 2006, and 2007 W2 forms you originally provided me is incorrect and does not reflect my true earnings. Please re-send me my W2 Forms to reflect the correct income during the time I worked at Me'Kong Delta Inc.

My mailing address is:

    Attn:  Fen Zhi Chen
           536 52nd Street, #3
           Brooklyn, NY 11220

Sincerely,

*Fen Zhi Chen*

Fen Zhi Chen



May 13, 2008

Me'Kong Delta, Inc.
37 Union Square West
New York, NY 10003

To Whom It May Concern:

My name is Cong Dian Zheng. I work as a delivery person in your restaurant Me'Kong Delta, Inc. a/k/a Republic Restaurant.

I am writing to inform you that the 2005, 2006, and 2007 W2 forms you originally provided me is incorrect and does not reflect my true earnings. Please re-send me my W2 Forms to reflect the correct income during the time I worked at Me'Kong Delta Inc.

My mailing address is:

    Attn:  Cong Dian Zheng
           417 60th Street, #3
           Brooklyn, NY 11220

Sincerely,

*[signature: Zheng Cong dian]*

Cong Dian Zheng



May 13, 2008

Me'Kong Delta, Inc.
37 Union Square West
New York, NY 10003

To Whom It May Concern:

My name is De Qing Lian. I work as a delivery person in your restaurant Me'Kong Delta, Inc. a/k/a Republic Restaurant.

I am writing to inform you that the 2005, 2006, and 2007 W2 forms you originally provided me is incorrect and does not reflect my true earnings. Please re-send me my W2 Forms to reflect the correct income during the time I worked at Me'Kong Delta Inc.

My mailing address is:

    Attn:  De Qing Lian
            163 Chrystie Street, #8
            New York, NY 10002

Sincerely,

*[signature]*

De Qing Lian



May 13, 2008

Me'Kong Delta, Inc.
37 Union Square West
New York, NY 10003

To Whom It May Concern:

My name is Kang Yong Zhu. I work as a delivery person in your restaurant Me'Kong Delta, Inc. a/k/a Republic Restaurant.

I am writing to inform you that the 2005, 2006, and 2007 W2 forms you originally provided me is incorrect and does not reflect my true earnings. Please re-send me my W2 Forms to reflect the correct income during the time I worked at Me'Kong Delta Inc.

My mailing address is:

    Attn: Kang Yong Zhu
           39 Bowery Street, #943
           New York, NY 10002

Sincerely,

Kang Yong Zhu       *[signature: Zhu Kang Yong]*



May 16, 2008

Me'Kong Delta, Inc
37 Uninon Square West
New York, NY 10003

To Whom It May Concern:

My name is Gong Yi Wang. I worked as a delivery person in your restaurant Me'Kong Delta, Inc. a/k/a Republic Restaurant.

I am writing to inform you that the 2005, 2006, and 2007 W2 forms you originally provided me is incorrect and does not reflect my true earnings. Please re-send me my W2 forms to reflect the correct income during the time I worked at Me'Kong Delta, Inc

My mailing address is:

    Attn: Gong Yi Wang
    140 Eldridge Street Apt #11
    New York, NY 10002

Sincerely,

*Wang Gong Yi*
Gong Yi Wang

Gong Yi Wang
140 Eldridge ST APT #1
NEW YORK, N-Y 10002

CERTIFIED MAIL

7007 3020 0002 8134 6535




To: ME'Kong delta INC
37 Union Square
NEW YORK, N-Y 1

1000343217 C045