# EXHIBIT I – Part 2

# EXHIBIT B

**COPY**
                                                                                    1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
FEN Z. CHEN, JIN L. DONG, DE Q. LIAN,
DIAN LIN, GONG Y. WANG, ZHUK YONG,
JIN D. YOU and CONG D. ZHENG,

              Plaintiffs,

        -against-              07 CV 03307
                                       (LTS)(RLE)
REPUBLIC RESTAURANT CORP., REPUBLIC
GC, LLC, ME'KONG DELTA, INC., HUY CHI
LE, LINH HUE LE and LIANG JIN LIN,

              Defendants.
------------------------------------x

              February 22, 2008
              9:45 A.M.

        Deposition of Plaintiff, by FEN Z. CHEN, taken by Defendants, pursuant to Notice, at the offices of McDermott Will & Emery LLP, 340 Madison Avenue, New York, New York 10017, before Charisse Romeo, a Shorthand Reporter and Notary Public within and for the State of New York.



**CLASSIC REPORTING, INC.**
**TOTAL LITIGATION SUPPORT**
ARTA PASCULLO, President
13 West 36th Street • New York, New York 10018
Tel: (212) 268-2590 • Fax: (212) 268-2596

9

1        F. Chen
2   restaurant located in 55th Street between
3   Third Avenue and Lexington Avenue.
4        Q.   And is this the restaurant that
5   you read about in the newspaper?
6        A.   Yes, both. I read about it in
7   the newspaper and the people talk about it.
8   And also another restaurant that is across the
9   street, the name is Su Chai, S-U C-H-A-I.
10       Q.   When you say "across the street,"
11  do you mean across the street from Republic
12  Restaurant?
13       A.   Yes.
14       Q.   Do you speak any English?
15       A.   No.
16       Q.   Do you read any English?
17       A.   No.
18       Q.   How long have you worked as a
19  delivery person in New York?
20       A.   Between 13 and 14 years as a
21  delivery person.
22       Q.   Are you able to read street
23  signs?
24            MR. ROSSELLI:  Objection.
25       Q.   You can answer.

**COPY**

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
FEN Z. CHEN, JIN L. DONG, DE Q. LIAN,
DIAN LIN, GONG Y. WANG, ZHUK YONG,
JIN D. YOU and CONG D. ZHENG,

                Plaintiffs,

         -against-          07 CV 03307
                                (LTS) (RLE)

REPUBLIC RESTAURANT CORP., REPUBLIC
GC, LLC, ME'KONG DELTA, INC., HUY CHI
LE, LINH HUE LE and LIANG JIN LIN,

                Defendants.
------------------------------------x

                March 11, 2008
                9:55 A.M.

        Deposition of Plaintiff, by CONG DIAN ZHENG, taken by Defendants, pursuant to Notice, at the offices of McDermott Will & Emery LLP, 340 Madison Avenue, New York, New York 10017-4613, before Charisse Romeo, a Shorthand Reporter and Notary Public within and for the State of New York.



**CLASSIC REPORTING, INC.**
TOTAL LITIGATION SUPPORT
ARTA PASCULLO, President    13 West 36th Street • New York, New York 10018
                Tel: (212) 268-2590 • Fax: (212) 268-2596

1          C. Zheng

2     speculate.

3          You can answer, if you know.

4     A.   I don't remember.

5     Q.   Do you know if any of your other

6     plaintiffs in this case approached the

7     restaurant about trying to settle the case?

8     A.   I don't remember.

9     Q.   You don't remember?

10    A.   No, I don't remember.

11    Q.   You don't remember. How long

12    have you worked for Republic Restaurant?

13    A.   About three years.

14    Q.   Okay. Does that mean that you

15    started in 2005?

16    A.   It was back in 2004.

17    Q.   2004. And how long have you been

18    in the United States?

19    A.   Almost 15 years.

20    Q.   And is it your testimony that you

21    don't speak or read any English?

22    A.   I don't read, but I know how to

23    speak a little.

24    Q.   And do you understand English a

25    little?

43

1        C. Zheng
2        A.   Very limited to how are you,
3   blah, blah, blah.  Others, no.
4        Q.   Okay. Have you worked at other
5   restaurants before you worked at Republic
6   Restaurant?
7        A.   Yes --
8        Q.   Okay.
9        A.   -- I did.
10       Q.   Okay.  Have you worked since
11  you've been in the United States for any
12  employer that was not a restaurant?
13       A.   I worked for half-year at a place
14  where my duty was to deliver stuff to the
15  restaurant.  Later, I went to work at the
16  restaurants.
17       Q.   So do I understand correctly that
18  you worked for a restaurant supplier?
19       A.   Well, would you repeat your
20  question again?  I don't understand.
21       Q.   Yes.  Was this a restaurant
22  supplier that you worked for?
23       A.   Yes.  Yes.
24       Q.   What was the name of the company?
25       A.   It was located at Chinatown.  The

# COPY

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
FEN Z. CHEN, JIN L. DONG, DE Q. LIAN,
DIAN LIN, GONG Y. WANG, ZHUK YONG,
JIN D. YOU and CONG D. ZHENG,

            Plaintiffs,

      -against-                   07 CV 03307
                                     (LTS)(RLE)

REPUBLIC RESTAURANT CORP., REPUBLIC
GC, LLC, ME'KONG DELTA, INC., HUY CHI
LE, LINH HUE LE and LIANG JIN LIN,

            Defendants.
------------------------------------x

                February 19, 2008
                2:23 P.M.

        Deposition of Plaintiff, by ZHU KANG YONG, taken by Defendants, pursuant to Notice, at the offices of McDermott Will & Emery LLP, 340 Madison Avenue, New York, New York 10017, before Charisse Romeo, a Shorthand Reporter and Notary Public within and for the State of New York.



**CLASSIC REPORTING, INC.**
**TOTAL LITIGATION SUPPORT**

ARTA PASCULLO, President

13 West 36th Street • New York, New York 10018
Tel: (212) 268-2590 • Fax: (212) 268-2596

5

1                    Z. Yong

2    questions that I asked of him and his answers?

3         A.   Yes, I did.

4         Q.   To make this quicker, if you

5    could try to listen to the question that I

6    ask, okay, and try to answer the question that

7    I ask, your deposition will take so little

8    time that if you blink, you'll miss it.

9         A.   Okay.

10        Q.   All right.  Do you speak or read

11   any English?

12        A.   No.

13        Q.   No.  When was the first time that

14   you found out -- let me ask you this way, how

15   long have you known that you are supposed to

16   be paid extra if you work over 40 hours a

17   week?

18             MR. ROSSELLI:  I'm going to

19        object.  My objection is the same

20        objection I made in the last deposition

21        and that is, I would like some

22        clarification on extra simply means

23        more for an extra hour or whether his

24        rate of pay is greater for each hour

25        over 40.

1

# COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
FEN Z. CHEN, JIN L. DONG, DE Q. LIAN,
DIAN LIN, GONG Y. WANG, ZHUK YONG,
JIN D. YOU and CONG D. ZHENG,

                    Plaintiffs,

         -against-              07 CV 03307
                              (LTS) (RLE)

REPUBLIC RESTAURANT CORP., REPUBLIC
GC, LLC, ME'KONG DELTA, INC., HUY CHI
LE, LINH HUE LE and LIANG JIN LIN,

                    Defendants.
------------------------------------x

                 March 11, 2008
                 2:22 P.M.

        Deposition of Plaintiff, by GONG YI WANG, taken by Defendants, pursuant to Notice, at the offices of McDermott Will & Emery LLP, 340 Madison Avenue, New York, New York 10017-4613, before Charisse Romeo, a Shorthand Reporter and Notary Public within and for the State of New York.



**CLASSIC REPORTING, INC.**
**TOTAL LITIGATION SUPPORT**

ARTA PASCULLO, President    13 West 36th Street • New York, New York 10018
                                 Tel: (212) 268-2590 • Fax: (212) 268-2596

5

```
 1                      G. Wang
 2         Q.   And you have you heard my
 3   questions and their answers to the questions?
 4         A.   Yes.
 5         Q.   First of all, do you speak some
 6   English?
 7         A.   I know how to say money amount
 8   for delivery.
 9         Q.   That's it?
10         A.   Yes, and also the street signs.
11         Q.   And how long have you been in the
12   United States?
13         A.   I came to the United States in
14   October 2000.
15         Q.   And when did you start working at
16   Republic?
17         A.   Since January, 2005.
18         Q.   Since January, 2005?
19         A.   Yes.
20         Q.   And did you have jobs in the
21   United States before you started working for
22   Republic Restaurant?
23         A.   Yes.
24         Q.   Okay.  Where did you work before?
25         A.   I once worked for five months
```