

# DAVIS POLK & WARDWELL

450 LEXINGTON AVENUE
NEW YORK, NY 10017
212 450 4000
FAX 212 450 3800

MENLO PARK
WASHINGTON, D.C.
LONDON
PARIS
FRANKFURT
MADRID
TOKYO
BEIJING
HONG KONG

EDWARD SHERWIN
212 450 4501
EDWARD.SHERWIN@DPW.COM

July 7, 2008

Re:  Chen, et al. v. Republic Restaurant Corp., et al., No. 07 Civ. 03307 (LTS)(RLE)

The Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007

**MEMO ENDORSED**

Dear Judge Swain:

My firm, along with the Asian American Legal Defense and Education Fund, represents Plaintiffs in the above-referenced action. We write to request Your Honor's permission to have until July 31, 2008, to file a response to Defendants' Objections to the Court's June 18, 2008 Order Pursuant to Fed. R. Civ. P. 72(a) (Docket No. 35). We do not believe this request, if granted, will affect any other scheduled dates in this case. I consulted earlier today with Joanne Alnajjar, counsel for Defendants, who consented to this request.

Thank you for your consideration of the foregoing issue.

Sincerely yours,

Edward Sherwin

*The request is granted.*

**SO ORDERED.**

7/9/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc (by electronic delivery):   Joel E. Cohen, Esq.
Kenneth Kimerling, Esq.