# Exhibit D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
                                                          :
FEN Z. CHEN, JIN L. DONG, DE Q. LIAN, DIAN                :
LIN, GONG Y. WANG, ZHUK YONG, JIN D. YOU     :            No. 07 Civ. 3307 (LTS)(RLE)
and CONG D. ZHENG,
                                                          :            ECF CASE
          Plaintiffs,
                                                          :            **STIPULATION**
          v.                                              :

REPUBLIC RESTAURANT CORP., REPUBLIC                       :
GC, LLC, ME'KONG DELTA, INC., HUY CHI LE,                 :
LINH HUE LE and LIANG JIN LIN,                            :
                                                          :
          Defendants.                                     :
                                                          :
-------------------------------------------------------------------- x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned

counsel, that Defendants Republic Restaurant Corp., Republic GC, LLC, Me'kong Delta, Inc.,

Huy Chi Le, Linh Hue Le and Liang Jin Lin (collectively, "Defendants") concede the following:

    1.     With respect to the eight-named Plaintiffs only, Defendants willfully violated the

Fair Labor Standards Act (the "FLSA"), 29 U.S.C. §255(a), from April 30, 2001 until

April 30, 2007, by making incorrect payments to Plaintiffs for overtime and minimum

wage.

    2.     With respect to the eight-named Plaintiffs only, Defendants willfully violated the

New York State Labor Law, N.Y. Lab. L. §198(1-a), from April 30, 2001 until April 30,

2007, by making incorrect payments to Plaintiffs for overtime and minimum wage.

**IT IS ALSO STIPULATED AND AGREED**, by and between the undersigned counsel,

that by entering into this Stipulation, Plaintiffs withdraw Plaintiffs' Document Request No. 22

and Interrogatory No. 7 as previously ordered by Magistrate Ellis in an Order of this Court dated

March 26, 2008.

**IT IS FURTHER STIPULATED AND AGREED**, by and between the undersigned counsel, that by entering into this Stipulation, Plaintiffs agree that any response to Interrogatory No. 11 provided by Defendants, will be used for the limited purpose of being able to "substantiate or disprove the Plaintiffs' claims" in this specific lawsuit as intended by Magistrate Ellis in an Order of this Court dated March 26, 2008, and not for any other purpose.

Dated: New York, New York
     April 23, 2008

DAVIS POLK & WARDWELL

By: _____
    Jonathan L. Adler (JA 7424)
450 Lexington Avenue
New York, New York 10017
(212) 450-4190

Kenneth Kimerling (KL 5762)
ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND
99 Hudson Street
New York, New York 10013
212.966.5932

*Attorneys for Plaintiffs*

McDERMOTT WILL & EMERY LLP

By: _____
    Joel Cohen (JEC 5312)
340 Madison Avenue
New York, New York 10173
(212) 547-5400

*Attorneys for Defendants*

So Ordered: _____
    The Honorable Ronald L. Ellis, U.S. Magistrate Judge

NYK 1156389-1.079795.0011

- 2 -